NOURSE & BOWLES, LLP
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STX PAN OCEAN CO., LTD.,

                Plaintiff,

       -against-

SHINE STAR SEA TRANSPORT PTE., LTD.,

                Defendant.
------------------------------------------------------------X

Judge Hellerstein

07 CV 3087
07 Civ.

**FRCP 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, STX Pan Ocean Co., Ltd., has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated: New York, New York
         April 17, 2007

                                      NOURSE & BOWLES, LLP
                                      Attorneys for Plaintiff

                                      By:_____
                                      Armand M. Paré, Jr. (AP-8575)
                                      One Exchange Plaza
                                      At 55 Broadway
                                      New York, New York 10006
                                      (212) 952-6200