NOURSE & BOWLES, LLP
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STX PAN OCEAN CO., LTD.          :
                                 :
                    Plaintiff,   :
                                 :   07 CV 3087
         - against -             :
                                 :
                                 :   **AFFIDAVIT IN SUPPORT**
SHINE STAR SEA TRANSPORT PTE., LTD., : **OF APPLICATION FOR**
                                 :   **MARITIME ATTACHMENT**
                    Defendant.   :
                                 :
------------------------------------------------------------X

Judge Hellerstein

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Armand M. Paré, Jr., being duly sworn, deposes and says:

1. I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiff, STX Pan Ocean Co., Ltd., and make this affidavit in support of Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. Based upon my inquiries and to the best of my information and belief, Defendant, Shine Star Sea Transport Pte., Ltd., is a foreign corporation and cannot be found within this District.

3. I have not found Defendant listed in the New York telephone directory or in the Transportation Telephone Tickler published by The Journal of Commerce for the New York

2

Metropolitan Area, in which maritime companies doing business within the District routinely list their names, addresses and telephone numbers. I have also caused a search to be made with the telephone directory assistance bureaus for this District (Area Codes 212, 718, 914), and have been informed that there are no listings for Defendant in any of these areas.

    4. I have also caused a search to be made through the Lexis/Nexis computer database of the files containing corporate records for the New York Department of State, which includes businesses registered to do business in New York, and have found no listings for Defendant.

    5. I have caused a search to be made through the Lexis/Nexis computer database of the files containing judgments and/or docket listings for the State of New York and have found no listings for Defendant.

    6. I have not found any listing in New York for Defendant in Lloyd's List of Shipowners and Managers.

    7. Accordingly I respectfully submit Defendant cannot be found within the district and that process of maritime attachment and garnishment should be issued.

    8. No previous application for an Order of Attachment or similar relief has been sought in this matter.

_____
Armand M. Paré, Jr.

Sworn to and subscribed to
before me this 17th day of
April, 2007.

_____
Notary Public
CORINE M. COLLIGAN
Notary Public, State of New York
No. 01CO6014998
Qualified in Richmond County
Commission Expires 10/19/20/0