Judge Hellerstein

**07 CV 3087**

Hellerstein, J

NOURSE & BOWLES, LLP
STX PAN OCEAN CO., LTD.
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STX PAN OCEAN CO., LTD.,

          Plaintiff,

      - against -

SHINE STAR SEA TRANSPORT PTE., LTD.,

          Defendant.
----------------------------------------------------------------X

07 Civ.    (    )

**EX PARTE ORDER
APPOINTING PERSONS
TO SERVE PROCESS**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Karlene Jackson, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Armand M. Paré, Jr., that such appointment will result in substantial economies of time and expense,

    NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Karlene Jackson, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated:  New York, New York
           April 17, 2007

_____
U.S.D.J.