

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STX PAN OCEAN CO., LTD.                    :
                                            :    07 Civ. 3087 (AKH)
                    Plaintiff,              :
                                            :    **VOLUNTARY DISMISSAL**
        - against -                         :    **AND ORDER TO RELEASE**
                                            :    **ATTACHMENTS**
SHINE STAR SEA TRANSPORT PTE., LTD.,        :
                                            :
                    Defendant.              :
------------------------------------------------------------X

WHEREAS Plaintiff, STX PAN OCEAN CO., LTD. ("Plaintiff") filed its complaint on or about April 17, 2007 seeking process of maritime attachment and garnishment to obtain security for claims in arbitration in London against defendant, SHINE STAR SEA TRANSPORT PTE., LTD. ("Defendant");

AND WHEREAS funds of Defendant have been seized pursuant to said process at the Bank of New York, and Citibank, N.A., as set forth below, based on information received to date from garnishees:

| $ 14,517.65 | Bank of New York | 4/19/07 |
| $200,000.00 | Citibank N.A. | 4/19/07 |
| (less $20 banking fee) | | |
| $ 55,014.35 | Bank of New York | 4/24/07 |

AND WHEREAS Defendant has agreed to otherwise settle Plaintiff's claim which forms the subject of this suit;

AND WHEREAS no answer or motion by Defendant for summary judgment has been served;

IT IS HEREBY ORDERED that,

1. The action is voluntarily dismissed without prejudice and without costs to each party against the other.

2. The Writ of Maritime Attachment previously issued in this action is vacated; and

3. All garnishees, including but not limited to the Bank of New York, and Citibank, N.A., are directed to release any restrained funds of Defendant, SHINE STAR SEA TRANSPORT PTE., LTD. from attachment by Plaintiff, STX PAN OCEAN CO., LTD. and transfer all said funds to their originally intended beneficiaries or as otherwise may be directed by Defendant.

Dated: New York, New York
April 26, 2007

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD.

By: _____
Armand M. Paré, Jr. (AP 8575)
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

SO ORDERED: 4/26/07

Hon. Alvin K. Hellerstein
U.S.D.J.

2